UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                   CASE NO.: 3:04-bk-12874-GLP
                                                         Chapter 13
MANDIE L. NATHAN
aka MANDIE L. NATHAN,
        Debtor(s)
_____/

## ORDER DENYING MOTION FOR RELEASE OF UNCLAIMED FUNDS

This case came on for consideration upon the Motion filed by Mandie L. Nathan, the Debtor in the above captioned case, for release of funds deposited with the United States Treasury as unclaimed dividends. The Court having reviewed the record finds that $0.00 funds were deposited with the United States Treasury as unclaimed dividends and therefore, the Motion cannot be approved.

Accordingly, it is

ORDERED:

The Motion for Release of Unclaimed Funds filed by claimant, Mandie L. Nathan, is denied and the same hereby is disapproved without prejudice.

Dated January 24, 2006.

George L. Proctor
United States Bankruptcy Judge

Copies furnished to:

Mandie L. Nathan, Debtor
Mamie L. Davis, Trustee
Charlene J. Keys, dba Keys Research, 23630 SE 440th Street, Enumclaw, WA 98022